**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: WOJTOWICZ, WIESLAW § Case No. 09-48792-JS
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of U.S. Bankruptcy Court
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 07/15/2011 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/13/2011          By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                                            Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: WOJTOWICZ, WIESLAW    § Case No. 09-48792-JS
                             §
                             §
Debtor(s)                    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---|
| *The Final Report shows receipts of* | $ 7,000.27 |
| *and approved disbursements of* | $ 2.01 |
| *leaving a balance on hand of* [1] | $ 6,998.26 |
| **Balance on hand:** | $ 6,998.26 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None |  |  |  |  |  |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,998.26 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 1,450.03 | 0.00 | 1,450.03 |
| Attorney for Trustee, Fees - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 1,440.00 | 0.00 | 1,440.00 |
| Attorney for Trustee, Expenses - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 35.93 | 0.00 | 35.93 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,925.96 |
| Remaining balance: | $ 4,072.30 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $     0.00
Remaining balance: $     4,072.30

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $     0.00
Remaining balance: $     4,072.30

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,846.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 5,997.16 | 0.00 | 471.05 |
| 2 | Chase Bank USA, N.A. | 3,815.59 | 0.00 | 299.69 |
| 3 | Chase Bank USA, N.A. | 6,398.85 | 0.00 | 502.60 |
| 4 | Chase Bank USA, N.A. | 1,667.42 | 0.00 | 130.97 |
| 5 | Chase Bank USA, N.A. | 11,368.93 | 0.00 | 892.97 |
| 6 | American Express Bank, FSB | 8,835.80 | 0.00 | 694.01 |
| 7 | Fia Card Services, NA/Bank of America by American Infosource | 13,762.98 | 0.00 | 1,081.01 |

Total to be paid for timely general unsecured claims: $     4,072.30
Remaining balance: $     0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL 60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 09-48792-JHS
Wieslaw S Wojtowicz  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: vrowe     Page 1 of 1     Date Rcvd: Jun 14, 2011
                   Form ID: pdf006    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2011.

```
db          +Wieslaw S Wojtowicz,    22W324 2nd St,    Glen Ellyn, IL 60137-3567
aty         +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
aty         +Julita Kocinski,    Kocinski Law Offices, LLC,    401 E North Ave., Suite 1,
              Villa Park, IL 60181-1218
tr          +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
14892759    +American Express,   c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
15636114     American Express Bank, FSB,    Becker and Lee LLP,    Attorney/Agent for Creditor,    POB 3001,
              Malvern, PA 19355-0701
14892760    +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
14892761    +Chase,   201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
15546501     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14892766    +Chase Manhattan Mortgage,    Attention: Research Dept. G7-PP,    3415 Vision Drive,
              Columbus, OH 43219-6009
14892767    +Chase-mnhtn,   Po Box 901039,    Fort Worth, TX 76101-2039
14892768    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14892774    +Fia Csna,   Po Box 26012,    Nc4-105-02-77,    Greensboro, NC 27420-6012
14892775    +HSBC,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
14892776     MiraMed Revenue Group, LLC,    Dept 77304,    P.O. Box 77000,    Detroit, MI 48277-0304
14892777    +NCO Financial Systems,    507 Prudential Road,    Horsham, PA 19044-2368
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14892769    +E-mail/Text: resurgentbknotifications@resurgent.com Jun 14 2011 23:15:16     Collection,
              Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
15799071     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 15 2011 00:18:13
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK 73124-8809
14892778    +E-mail/Text: bankrup@nicor.com Jun 14 2011 23:16:27     Nicor Gas,
              Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
                                                                                              TOTAL: 3
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
aty*        +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
14892762*   +Chase,   201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
14892763*   +Chase,   201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
14892764*   +Chase,   201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
14892765*   +Chase,   201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
14892770*   +Collection,    Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
14892771*   +Collection,    Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
14892772*   +Collection,    Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
14892773*   +Collection,    Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
                                                                                   TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 16, 2011**                  **Signature:** _/s/ Joseph Speetjens_